KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
Virgin Sturgeon, Inc., Buffer Properties, LLC
and Laraine C. Patching

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIRGIN STURGEON, INC.; VIRGIN STURGEON, LLC,; BUFFER PROPERTIES, LLC.; LARAINE C. PATCHING; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:07-CV-01600-WBS-DAD<br><br>**APPLICATION BY DEFENDANTS VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, AND LARAINE C. PATCHING TO CONTINUE SETTLEMENT CONFERENCE AND DISCLOSURE OF REBUTTAL EXPERT AND REPORT**<br><br>**AND ORDER THEREON**<br><br>**Settlement Conference: January 10, 2008**<br>**Honorable Dale A. Drozd**<br>**Courtroom:  27**<br><br>**Trial:  October 15, 2008** |

The Court has scheduled a telephone conference with all counsel for Tuesday, January 8, 2008, at 9:45 a.m. to address the application by defendants Virgin Sturgeon, Inc., Buffer Properties, LLC, and Laraine C. Patching (collectively, "Ms. Patching") to appear at the settlement conference, currently scheduled for Thursday, January 10, 2008, telephonically from her home in Costa Rica.  Ms. Patching further seeks the Court's indulgence and requests it consider her request for a 25-day continuance of the

1　　　　　　　　　Case No. 2:07-CV-01600-WBS-DAD

APPLICATION BY DEFENDANTS VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, AND LARAINE C. PATCHING TO CONTINUE SETTLEMENT CONFERENCE AND DISCLOSURE OF REBUTTAL EXPERT AND REPORT

SAC 441,178,018v1 1/7/2008

settlement conference, and a 14-day continuance of the disclosure of rebuttal experts and reports, currently scheduled for January 11, 2008.

On or about December 7, 2007, plaintiff disclosed her expert Barry Atwood and produced his report. Prior to that date, Ms. Patching retained expert Kim Blackseth who is well known to this Court. Ordinarily, Mr. Blackseth would have then traveled from his office in Oakland to Sacramento to inspect the facility and prepare a rebuttal report. However, Mr. Blackseth has been hospitalized on several occasions in the last six weeks, and has been unable to travel. Mr. Atwood and plaintiff's counsel are aware of Mr. Blackseth's recent health issues.

Mr. Blackseth is still recuperating, though he is beginning to work again. A 14-day extension from the January 11 deadline will allow Mr. Blackseth the opportunity to evaluate Mr. Atwood's report, visit the Virgin Sturgeon property, and prepare a useful report upon which Ms. Patching can rely in resolving this case. Such an extension would also benefit the plaintiff because Ms. Patching will then be in better position to evaluate the plaintiff's claims and arrive at a resolution.

To that end, it would be to all the parties' benefits to continue the January 10, 2008 settlement conference to early February. It would be unproductive and a waste of the parties' and the Court's resources to have a settlement conference without Ms. Patching having the benefit of her expert's report. This additional time will also allow the parties to engage in more meaningful, informal settlement discussions among themselves, possibly obviating the need for a Court-supervised settlement conference next month.

Per Judge Shubb's October 19, 2007, scheduling order, discovery in this matter does not close until March 28, 2008, seven months before the trial date currently scheduled. There is no prejudice to any of the parties to continuing these two deadlines.

2   Case No. 2:07-CV-01600-WBS-DAD
APPLICATION BY DEFENDANTS VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, AND LARAINE C. PATCHING TO CONTINUE SETTLEMENT CONFERENCE AND DISCLOSURE OF REBUTTAL EXPERT AND REPORT

SAC 441,178,018v1 1/7/2008

Counsel for Virgin Sturgeon, LLC has indicated his client favors these continuances, and counsel for plaintiff indicated in a January 3, 2008, letter that her client will agree to a 10-day extension of the deadline to disclose rebuttal experts on the condition that Ms. Patching appear at a settlement conference in January or February.

Ms. Patching would be amenable to the plaintiff's proposal but still maintains her request to appear telephonically at the settlement conference to avoid having to travel the 3,000 miles from Costa Rica. She can be available by telephone for the entire duration of the settlement conference. Her counsel will attend in person, and will have tentative authority to settle her role in the matter.

DATED: January 7, 2008

GREENBERG TRAURIG, LLP

By: /s/ Marc B. Koenigsberg
KATHLEEN E. FINNERTY
MARC B. KOENIGSBERG
Attorneys for Defendants
Virgin Sturgeon, Inc., Buffer
Properties, and Laraine C. Patching

## **ORDER**

Good cause appearing, the request of Defendants VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, and LARAINE C. PATCHING to continue the settlement conference and the deadline to disclose rebuttal experts and report is granted, and their application to appear via telephone at the Settlement Conference is denied. The settlement conference will be February 5, 2008, at 10:00 a.m. Rebuttal experts shall be disclosed and report produced on or before January 22, 2008.

DATED: January 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/arnold1600.reqeotSC

3   Case No. 2:07-CV-01600-WBS-DAD
APPLICATION BY DEFENDANTS VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, AND LARAINE C. PATCHING TO CONTINUE SETTLEMENT CONFERENCE AND DISCLOSURE OF REBUTTAL EXPERT AND REPORT

SAC 441,178,018v1 1/7/2008