KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
Virgin Sturgeon, Inc., Buffer Properties,
and Laraine C. Patching

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>            Plaintiff,<br><br>v.<br><br>VIRGIN STURGEON, INC.; VIRGIN STURGEON, LLC,; BUFFER PROPERTIES, LLC.; LARAINE C. PATCHING; and DOES 1-10, inclusive,<br><br>            Defendants.<br>_____ | ) CASE NO.  2:07-CV-01600-WBS-DAD<br>)<br>) **STIPULATION CONTINUING**<br>) **SETTLEMENT CONFERENCE AND**<br>) **REBUTTAL EXPERT DISCLOSURE**<br>) **AND ORDER THEREON**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff, CONNIE ARNOLD and Defendants VIRGIN STURGEON, INC.,

BUFFER PROPERTIES, LLC, LARAINE C. PATCHING and VIRGIN STURGEON,

LLC ("Defendants"), by and through their designated counsel, stipulate as follows:

1.     During the last several months, the parties have been engaging in

substantive settlement negotiations pertaining to the injunctive relief plaintiff seeks in

this case.

2.     The parties are making significant progress in resolving this case without

the need to seek the Court's guidance.

SAC 441,185,716v3 2/5/2008

3.      On or about December 7, 2007, plaintiff disclosed her expert Barry Atwood and produced his report.  Prior to that date, Ms. Patching retained expert Kim Blackseth who is well known to this Court.  Ordinarily, Mr. Blackseth would have then traveled from his office in Oakland to Sacramento to inspect the facility and prepare a rebuttal report.  However, Mr. Blackseth has been hospitalized on several occasions in the last ten weeks, and has been unable to travel.  Mr. Atwood and plaintiff's counsel have been aware of Mr. Blackseth's recent health issues.

4.      Mr. Blackseth is still recuperating, though he is being released from the hospital on February 5, 2008.

5.      Given the parties' cooperation and active settlement negotiations with substantive progress, it is in the parties' and the Court's interest to continue the February 5, 2008, settlement conference to March 20, 2008, at 10:00 a.m.  The parties are confident that the case can either be fully resolved by then, or the issues substantially narrowed, lessening or obviating the need for a Court-supervised settlement conference.

6.      Moreover, given the parties' settlement negotiations, and Mr. Blackseth's health challenges, the parties desire to continue until March 28, 2008, the disclosure of rebuttal experts and production of reports.  Plaintiff may also serve an amended expert report at this time, as discovery is still in its earliest stages and plaintiff's expert's analysis may change depending on pending discovery.  Defendants will then have 14 days in which to serve a supplemental rebuttal report responding to plaintiff's amended report.

7.      Concurrent with the filing of this stipulation, the parties are also filing a stipulation for Judge Shubb's review requesting a continuance of the close of discovery from March 28, 2008, to April 28, 2008, to allow the parties additional time to resolve this case without having to engage in what may be unnecessary and expensive discovery.

STIPULATION CONTINUING SETTLEMENT CONFERENCE AND REBUTTAL EXPERT DISCLOSURE

SAC 441,185,716v3 2/5/2008

1    IT IS SO STIPULATED.

2    DATED:  February 5, 2008          LAW OFFICES OF PAUL L. REIN

3                                       By: /s/ Julie Ostil
4                                            PAUL REIN
                                             JULIE OSTIL
5                                            Attorney for Plaintiff
6                                            Connie Arnold

7    DATED:  February 5, 2008          GREENBERG TRAURIG, LLP

8                                       By: /s/ Marc B. Koenigsberg
                                             KATHLEEN E. FINNERTY
9                                            MARC B. KOENIGSBERG
10                                           Attorneys for Defendants
                                             Virgin Sturgeon, Inc., Buffer
11                                           Properties, and Laraine C. Patching

12
     DATED:  February 5, 2008          LINDSAY & STONEBARGER
13
                                        By: /s/ Gene Stonebarger
14                                           Gene Stonebarger
15                                           Attorney for Defendant
                                             Virgin Sturgeon, LLC
16                                **ORDER**

17        Good cause appearing, the request of the parties to continue the Settlement

18   Conference and the disclosure of rebuttal experts and their reports is GRANTED.  The

19   Settlement Conference is continued to March 20, 2008, at 10:00 a.m., and the deadline

20   to disclose rebuttal experts and produce their reports, and for plaintiff to produce a

21   revised expert report, is continued to March 28, 2008.  Defendants will then have 14

22   days in which to serve a supplemental rebuttal report responding to plaintiff's

23   revised report.

24        IT IS SO ORDERED.

25   DATED:  February 5, 2008.

26                                      _____
                                        DALE A. DROZD
27                                      UNITED STATES MAGISTRATE JUDGE

28   Ddad1/orders.civil/arnold1600.stipord
                                         3              Case No. 2:07-CV-01600-WBS-DAD

SAC 441,185,716v3 2/5/2008