KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
Virgin Sturgeon, Inc., Buffer Properties,
and Laraine C. Patching

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>   Plaintiff,<br><br>v.<br><br>VIRGIN STURGEON, INC.; VIRGIN STURGEON, LLC.; BUFFER PROPERTIES, LLC.; LARAINE C. PATCHING; and DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. 2:07-CV-01600-WBS-DAD<br><br>**STIPULATION EXTENDING CLOSE OF DISCOVERY AND ORDER THEREON** |

Plaintiff, CONNIE ARNOLD and Defendants VIRGIN STURGEON, INC., BUFFER PROPERTIES, LLC, LARAINE C. PATCHING and VIRGIN STURGEON, LLC ("Defendants"), by and through their designated counsel, stipulate as follows:

1. During the last several months, the parties have been engaging in substantive settlement negotiations pertaining to the injunctive relief plaintiff seeks in this case. Specifically, on December 7, 2007, plaintiff produced her expert's report detailing various alleged violations. In response, on December 26, 2007, the defendants proposed modifying a number of the alleged violations in the interest of resolving

matters.  The plaintiff responded on January 30, 2008 agreeing to three items, requesting additional modifications on about six items.  The parties agreed on February 4, 2008, through counsel, that considerable progress had been made, and that further investigation of construction and engineering issues were needed to continue the settlement dialogue.  The parties, through their experienced ADA counsel, therefore agreed that it would be most cost efficient to continue their settlement discussions informally to determine if settlement could be reached.

2.   Given the parties' cooperation and active settlement negotiations, and potential for success, the parties have not engaged in extensive discovery among them in an effort to conserve limited resources and enhance the viability of settlement.

3.   The defendant, Laurie Patching, now resides in Costa Rica, and is not retuning to Sacramento until mid-March, 2008.

4.   The parties' first settlement conference was scheduled for January 10, 2008.  Due to defense expert Kim Blackseth's hospitalization, Magistrate Drozd continued the settlement conference to February 5, 2008.  Given the parties recent progress, and Mr. Blackseth's continued hospitalization, the parties stipulated to a second continuance of the settlement conference to March 20, 2008, with rebuttal expert reports and revised plaintiff's report due March 28, 2008.  The parties also agreed that defendants will then have 14 days in which to serve a supplemental rebuttal report responding to plaintiff's revised report.

5.   The parties desire to continue the close of discovery from March 28, 2008, to April 28, 2008, to allow them additional time to resolve this case without having to conduct what will likely be unnecessary and expensive oral and written discovery likely make settlement more difficult.

SAC 441,185,715v4 2/5/2008

6. Continuing the date of the close of discovery will not affect any other deadlines in this case (e.g. May 30, 2008, the last day to file motions, and October 15, 2008, the date set for trial will remain unchanged).

IT IS SO STIPULATED.

DATED:  February 5, 2008            LAW OFFICES OF PAUL L. REIN

                                    By: /s/ Julie Ostil
                                        JULIE OSTIL
                                        Attorney for Plaintiff
                                        Connie Arnold

DATED:  February 5, 2008            GREENBERG TAURIG, LLP

                                    By: /s/ Marc B. Koenigsberg
                                        KATHLEEN E. FINNERTY
                                        MARC B. KOENIGSBERG
                                        Attorneys for Defendants
                                        Virgin Sturgeon, Inc., Buffer
                                        Properties, and Laraine C. Patching

DATED:  February 5, 2008            LINDSAY & STONEBARGER

                                    By: /s/ Gene Stonebarger
                                        Gene Stonebarger
                                        Attorney for Defendant
                                        Virgin Sturgeon, LLC

## ORDER

Good cause appearing, the request of the parties to continue the close of discovery is GRANTED. The close of discovery is extended from March 28, 2008 to April 28, 2008.

IT IS SO ORDERED.

DATED:  February 5, 2008.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/arnold1600.stipord.disc

SAC 441,185,715v4 2/5/2008