1  PAUL L. REIN, ESQ. (SBN 43053)
   JULIE OSTIL, ESQ. (SBN 215202)
2  ANN WINTERMAN, ESQ. (SBN 222257)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Phone:  (510) 832-5001
   Fax:  (510) 832-4787
5
   Attorneys for Plaintiff
6  CONNIE ARNOLD

7  KATHLEEN E. FINNERTY (SBN 157638)
   MARC B. KOENIGSBERG (SBN 204265)
8  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
9  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
10 Facsimile:  (916) 448-1709
   Finnertyk@gtlaw.com
11 Koenigsbergm@gtlaw.com

12 Attorneys for Defendants
   VIRGIN STURGEON, INC., BUFFER PROPERTIES
13 AND LARAINE C. PATCHING

14
   JAMES M. LINDSAY (SBN 164758)
15 GENE J. STONEBARGER (SBN 209461)
   LINDSAY & STONEBARGER
16 620 Coolidge Drive, Suite 225
   Folsom, CA 95630
17 Phone:  (916) 294-0002

18 Attorneys for Defendant
   VIRGIN STURGEON, LLC
19
                 UNITED STATES DISTRICT COURT
20
            FOR THE EASTERN DISTRICT OF CALIFORNIA
21

22 CONNIE ARNOLD,                    ) CASE NO.  2:07-CV-01600-WBS-DAD
                                     )
23       Plaintiff,                  ) **STIPULATION AND [~~PROPOSED~~]**
                                     ) **ORDER TO CONTINUE TRIAL, PRE-**
24 v.                                ) **TRIAL CONFERENCE; DISCOVERY**
                                     ) **AND DISPOSITIVE MOTION CUT-**
25 VIRGIN STURGEON, INC.; VIRGIN     ) **OFF DEADLINES AND DISCLOSURE**
   STURGEON, LLC.; BUFFER            ) **OF REBUTTAL EXPERTS AND**
26 PROPERTIES, LLC.; LARAINE C.      ) **REPORTS**
   PATCHING; and DOES 1-10, inclusive, )
27                                   )
         Defendants.                 )
28 _____)

1   Plaintiff, CONNIE ARNOLD and Defendants, VIRGIN STURGEON, INC.;

2   VIRGIN STURGEON, LLC; BUFFER PROPERTIES, LLC and LARAINE C.

3   PATCHING, by and through their counsel, hereby jointly stipulate and request that the

4   Court grant a continuance of the trial date, pre-trial conference date and related

5   scheduled discovery cut-off and dispositive motion cut-off deadlines based on the

6   following good cause:

7   1.   During the last several months, the parties have engaged in substantive

8   and productive settlement negotiations regarding the injunctive relief sought by

9   Plaintiff.  Specifically, on December 7, 2007, Plaintiff produced her expert's report

10  detailing over 100 alleged violations.   In response, on December 26, 2007, the

11  Defendants proposed modifying a number of the alleged violations in the interest of

12  settlement, narrowing the issues to approximately nine (9).  The plaintiff responded on

13  January 30, 2008 agreeing to three (3) items, requesting additional modifications on six

14  (6) items.  The parties agreed on February 4, 2008, through counsel, that considerable

15  progress had been made, and that further investigation of construction and engineering

16  issues were needed to continue the settlement dialogue.  That dialogue occurred, further

17  narrowing the outstanding areas of disagreement.

18  2.   The parties conducted a settlement conference with Judge Drozd on April

19  1, 2008 to address the remaining issues; which although productive, did not resolve the

20  matter.  The parties' experts are scheduled to meet to further refine the alleged access

21  violations in the coming days to ascertain if an agreement can be reached among them

22  as to appropriate solutions.  Thereafter, the parties are to return on April 14, 2008, for a

23  further settlement conference with Magistrate Drozd.

24  3.   Given the parties' cooperation, active settlement negotiations and

25  potential for successful conclusion of those negotiations, the parties have refrained from

26  extensive discovery to conserve limited resources and enhance the viability of

27  settlement.  Moreover, trial counsel of Defendants is double set for trial in Department 5

28  of this Court on the date currently set for trial.  For these reasons, the parties agree that a

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL; PRE-TRIAL CONFERENCE;
DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DEADLINES AND DISCLOSURE OF REBUTTAL
EXPERTS AND REPORTS

SAC 441,215,146v3 4/4/2008

1   trial continuance is in the best interests of the parties, and stipulated to continuing the

2   trial date, pre-trial conference date and related discovery dates to allow them to focus

3   their efforts on settlement.

4        3.    If the discovery and dispositive motion cut-off deadlines are not moved,

5   the parties must commence with full discovery and prepare motions for summary

6   judgment.   Such litigation efforts could jeopardize the parties' current settlement

7   discussions, and increase the cost of the case without increasing the likelihood of

8   settlement.

9        4.    The parties have worked diligently to resolve the disputed issues, and

10  wish to keep the fees and costs to a minimum while continuing efforts to resolve

11  Plaintiff's claims.

12       6.    Magistrate Dale A. Drozd concurs that the prospects of settlement warrant

13  deferral of litigation expenses.

14       7.    The parties therefore jointly request that the Court continue the currently

15  scheduled trial date to March 17, 2009 at 9:00 a.m., the pre-trial conference date to

16  January 26, 2009 at 2:00 p.m., the dispositive motion cut-off deadline to October 15,

17  2008, the disclosure of rebuttal experts and reports to June 11, 2008, and the discovery

18  cut-off deadline to August 28, 2008.

19       SO STIPULATED.

20
21  DATED:  April 3, 2008           LAW OFFICES OF PAUL L. REIN

22
23               By: /s/ Paul L. Rein _____

24                   PAUL L. REIN

                 JULIE A. OSTIL

25                   ANN WINTERMAN

26                   Attorneys for Plaintiff

                 CONNIE ARNOLD

27
28

DATED:  April 3, 2008                    GREENBERG TRAURIG, LLP


                                         By: /s/ Kathleen E. Finnerty
                                             KATHLEEN E. FINNERTY
                                             MARC B. KOENIGSBERG
                                             Attorneys for Defendants
                                             VIRGIN STURGEON, INC.; BUFFER
                                             PROPERTIES, LLC; LARINE C.
                                             PATCHING

DATED:  April 3, 2008                    LINDSAY & STONEBARGER


                                         By: /s/ Gene J. Stonebarger
                                             JAMES M. LINDSAY
                                             GENE J. STONEBARGER
                                             Attorneys for Defendant
                                             VIRGIN STURGEON, LLC

## ORDER

Good cause appearing, the request of the parties to continue the trial date, pre-trial conference, dispositive motion, discovery cut-off dates, and Defendants' disclosure of rebuttal experts and reports is GRANTED.

Trial is continued to March 17, 2009 at 9:00 a.m., the pre-trial conference date to January 26, 2009 at 2:00 p.m., the dispositive motion cut-off deadline to October 15, 2008, the disclosure of rebuttal experts and reports to June 11, 2008, and the discovery cut-off deadline to August 28, 2008.

**SO ORDERED.**


DATED:  April 7, 2008

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL; PRE-TRIAL CONFERENCE;
DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DEADLINES AND DISCLOSURE OF REBUTTAL
EXPERTS AND REPORTS

SAC 441,215,146v3 4/4/2008