KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
VIRGIN STURGEON, INC., BUFFER PROPERTIES
AND LARAINE C. PATCHING

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>        Plaintiff,<br><br>v.<br><br>VIRGIN STURGEON, INC.; VIRGIN STURGEON, LLC,; BUFFER PROPERTIES, LLC.; LARAINE C. PATCHING; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.  2:07-CV-01600-WBS-DAD<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED**, pursuant to FRCP 41(a)(1)(A)(ii), that Plaintiff, CONNIE ARNOLD and Defendants, VIRGIN STURGEON, INC.; VIRGIN STURGEON, LLC; BUFFER PROPERTIES, LLC; and LARAINE C. PATCHING, by and through their attorneys of record, stipulate and agree that the above matter should be dismissed as to all claims and all Defendants, with prejudice.

Each party shall bear their own fees and costs.

DATED: June 25, 2008           LAW OFFICES OF PAUL L. REIN

                               By: /s/ Paul L. Rein
                                   PAUL L. REIN
                                   JULIE OSTIL
                                   Attorney for Plaintiff
                                   CONNIE ARNOLD

| | | |
|---|---|---|
| 1 | DATED: June 27, 2008 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | By: /s/ Kathleen E. Finnerty |
| | | KATHLEEN E. FINNERTY |
| 4 | | MARC B. KOENIGSBERG |
| | | Attorney for Defendants |
| 5 | | VIRGIN STURGEON, INC.; BUFFER |
| 6 | | PROPERTIES, LLC and LARAINE C. |
| | | PATCHING |
| 7 | | |
| 8 | DATED: June 24, 2008 | LINDSAY & STONEBARGER |

By: /s/ Gene Stonebarger
 GENE STONEBARGER
 Attorney for Defendant
 VIRGIN STURGEON, LLC

**IT IS SO ORDERED.**

DATED: July 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE